FILED
NOV 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ANTHONY ORTIZ,<br><br>Defendant. | Case No. CR 09-0686-VBF<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) the instant allegations indicate that he is not amenable to supervision; and (3) defendant submitted to detention request.

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the

| | |
|---|---|
| 1 | community if released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 2 | on:_____ |
| 3 | _____ |

4  IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
5  further revocation proceedings.

7  Dated: _____Nov. 24_____, 2009.

                                    _____
                                    Fernando M. Olguin
                                    United States Magistrate Judge