FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 09 - 6.86 |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); |
| ) | 18 U.S.C. § 3143(a)] |
| Joseph Anthony Ortiz ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of Cal_ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _See PSA report_

and/or

B.   (  )  The defendant has not met his/her burden of establishing by
clear and convincing evidence that he/she is not likely to pose
a danger to the safety of any other person or the community if
released under 18 U.S.C. § 3142(b) or (c).  This finding is based
on:   _See  PSA  report_ _____

_____

_____

_____


     IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:   _7/24/1·_ _____

                                   _____
                                   UNITES STATES MAGISTRATE JUDGE

2